IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 09-247
                             )
TIMOTHY MICHAEL SMITH,       )
        Defendant.           )

ORDER

AND NOW, this 13th day of April, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 10, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, May 11, 2010 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      Warner Mariani, Esquire
      428 Forbes Avenue
      Suite 1600
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services